**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| ADVANCED CODING TECHNOLOGIES LLC, | § § § | Case No. 2:24-cv-00353 |
|  | § | **JURY TRIAL DEMANDED** |
| Plaintiff, | § § |  |
| v. | § § |  |
| GOOGLE LLC, | § § |  |
| Defendant. | § § § |  |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Peter Lambrianakos, enters his appearance in this matter for Advanced Coding Technologies LLC for purposes of receiving notices and orders from the Court.

Dated:  May 10, 2024

Respectfully submitted,

/s/ *Peter Lambrianakos*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR PLAINTIFF***
***ADVANCED CODING TECHNOLOGIES LLC***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on May 10, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Peter Lambrianakos*
Peter Lambrianakos
